IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR440 |
| | ) | |
| v. | ) | |
| | ) | |
| HERBERT D. BLAKE, | ) | ORDER NUNC PRO TUNC |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to continue trial (Filing No. 11).  The Court notes defendant has filed a written waiver of speedy trial.  Accordingly,

      IT IS ORDERED that defendant's motion to continue trial is granted; trial is rescheduled for:

**Monday, March <u>27</u>, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between February 21, 2006, and March <u>27</u>, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

      DATED this 3rd day of February, 2006.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court