IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )         8:05CR440
                                 )
      v.                         )
                                 )
HERBERT D. BLAKE,                )         ORDER
                                 )
            Defendant.           )
_____)
```

       The Court has been advised defendant wishes to enter a plea.  Accordingly,

       IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, March 31, 2006, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 27, 2006, and March 31, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

       DATED this 8th day of March, 2006.

                                      BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court